

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS
### AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

June 9, 1939

Honorable Foster Davis
County Attorney
Foard County
Crowell, Texas

Dear Sir:

Opinion No. O-922
Re: A Commissioners' Court may
at any time by order enlarge
or decrease the boundaries
of a justice precinct and
when so ordered, the change
becomes immediately effec-
tive.

You have requested this office to answer two ques-
tions which you have submitted to it;

1. May a Commissioners' Court at any time
enlarge or decrease the boundaries of a
justice precinct?

2. If so, will its order making such
changes become immediately effective?

These questions are both answered in the affirma-
tive by the opinion of the court in the case of State ex rel.
Dowlin v. Rigsby, 43 S. W. 270, which opinion is cited with
approval in Williams v. Castleman (Supreme Court) 247 S. W.
263. This opinion is so clear and convincing that we can
add nothing to what has there been said.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By
(s)     Bruce W. Bryant
Assistant

BWB:FL

APPROVED:   (s)
Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED
opinion committee
By HQB
chairman

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT